**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.R. BY AND THROUGH MATTHEW TAYNOR,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF OAKLAND ET AL,<br><br>    Defendants.<br>_____/<br>L.W. BY AND THROUGH TROYREAC HENRY,<br><br>    Plaintiff,<br><br>CITY OF OAKLAND ET AL.,<br><br>    Defendants.<br>_____/ | No. C-14-01876 LB (DMR)<br>Related Case: No. C-14-01877 LB (DMR)<br><br>**ORDER RE SETTLEMENT CONFERENCES** |

These related cases have been referred to the undersigned to conduct settlement conferences in January 2015. Counsel shall meet and confer, then file a brief joint letter by **September 15, 2014** indicating whether they believe the parties will be best served by conducting the settlement conferences at the same time, or on different days.

IT IS SO ORDERED.

Dated: September 8, 2014

_____
DONNA M. RYU
United States Magistrate Judge